```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ANDY H. HUYNH, ET AL.                          CIVIL ACTION

VERSUS                                         NUMBER: 08-4064

VIETNAMESE-AMERICAN COMMERCIAL                 SECTION: "N"(5)
FISHERMAN'S UNION, ET AL.




                         ORDER ON MOTION
                         APRIL 6, 2009


APPEARANCES:

MOTION:

(1) Plaintiff's Motion to Compel Compliance With 30(b)(6)
    Corporate Deposition Notice (Rec. doc. 32).

  _____ :   Continued to

    1    :   No opposition filed within the time limit prescribed by
             Local Rule 7.5E.

  _____ :   Opposition

  _____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E
```

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

\_\_1\_\_ :   Granted as unopposed. If they have not already done so, within two (2) weeks, defendants are to provide plaintiffs with the documents identified in exhibit "B" to plaintiffs' motion.

_____ :   Denied.

_____ :   Other.

 

                                       ALMA L. CHASEZ
                             UNITED STATES MAGISTRATE JUDGE