```
MINUTE ENTRY
CHASEZ, M.J.
OCTOBER 9, 2009
```

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ANDY H. HUYNH, ET AL.                         CIVIL ACTION

VERSUS                                        NUMBER: 08-4064

VIETNAMESE-AMERICAN COMMERCIAL                SECTION: "N"(5)
FISHERMAN'S UNION, ET AL.

### HEARING ON MOTION

APPEARANCES:   Josh Lee, Dan Smetherman

MOTION:

(1) Plaintiffs' Second Motion to Enforce Court Order and for Attorneys' Fees (Rec. doc. 55);
(2) Plaintiffs' Motion for Expedited Hearing on Second Motion to Enforce (Rec. doc. 56).

_____ :   Continued to

_____ :   No Opposition

_____ :   Opposition

```
MJSTAR(00:10)
```

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

ORDERED

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

\_\_2\_\_ :   Granted.

_____ :   Denied.

\_\_1\_\_ :   Other. On or before October 14, 2009, defendants are to deposit into the Registry of the Court the funds that they hold on plaintiffs' account. By that same date, defendants are to provide plaintiffs with a breakdown of the monies that are being deposited.

　

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE