UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDY H. HUYNH, ET AL | CIVIL ACTION |
| VERSUS | NO. 08-4064 |
| VIETNAMESE-AMERICAN COMMERCIAL FISHERMEN'S UNION, ET AL | SECTION "N" (5) |

## ORDER

As stated during the conference held with counsel on this date, **IT IS ORDERED** that:

(1) The November 2, 2009 trial date is continued until Monday, February 8, 2010, at 8:30 a.m. Trial shall be by the Court.

(2) A final pre-trial conference shall be held on Thursday, January 28, 2010, at 9:00 a.m.

(3) Defendant shall deposit the funds addressed by the Court's October 21, 2009 Order (Rec. Doc. 68) into the registry of the Court on or before Friday, October 23, 2009, at 12:00 p.m.

New Orleans, Louisiana, this 22nd day of October 2009.

_____
**KURT D. ENGELHARDT**
**United States District Judge**