UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDY H. HUYNH, ET AL | CIVIL ACTION |
| VERSUS | NO. 08-4064 |
| VIETNAMESE-AMERICAN COMMERCIAL FISHERMEN'S UNION, ET AL | SECTION "N" (5) |

## **O R D E R**

**IT IS ORDERED** that the Unopposed Ex Parte Motion to Continue Trial (Rec. Doc. No. 73), filed by D efendant United States Customs and Border Protection, is **GRANTED**. **IT IS FURTHER ORDERED** that:

1. The trial scheduled to commence on February 8, 2010, is continued. Trial of all issues shall commence during the week of April 26, 2010. Unless otherwise ordered, the trial shall begin on Monday at 8:30 a.m.

2. The pre-trial conference scheduled to be held on January 28, 2010, is continued until Thursday, April 15, 2010, at 8:30 a.m. The parties' pre-trial order must be submitted to chambers no later than Tuesday, April 13, 2010, at 5:00 p.m.

3. The deadline for amendments shall not be re-opened. Counsel for Defendant United States Customs and Border Protection shall re-calculate all other pre-trial deadlines in accordance with the following:

    a. All pre-trial motions, including dispositive motions, shall be filed and served in sufficient time to permit hearing thereon no later than 60 days prior to the <u>trial</u> date. The undersigned's available hearing dates may be obtained from the Court's website, which is found at <u>www.laed.uscourts.gov</u>. All requests for oral argument shall be made in accordance with the Local Rules. All oppositions are due in accordance with the Local Rules. If oral argument of the motion is to be held, any reply memoranda must be submitted to the Court and opposing counsel no later than 12:00 p.m. on the Friday before the Wednesday hearing date.

    b. All motions in limine shall be filed no later than the <u>day that the pre-trial order is due</u>.

    c. Depositions for use at trial shall be taken and all discovery shall be completed no later than 60 days prior to <u>trial</u> date.

    d. Plaintiff's expert reports shall be exchanged no later than 120 days prior to the <u>final pre-trial conference</u>.

    e. Defendant's expert reports shall be exchanged no later than 90 days prior to the <u>final pre-trial conference</u>.

    f. Exhibit and witness lists shall be filed and exchanged no later than 90 days prior to the <u>final pre-trial conference</u>.

Defendant's counsel shall circulate these deadlines to all other counsel within 7 calendar days from entry of this Order. A copy of the new deadlines is also to be provided to the Court and filed into the record of this matter. The Court is to be notified promptly of any disputes regarding the applicable dates. If any party believes an extension of one or more of these deadlines to be necessary, that party is instructed to file a motion requesting an extension and setting forth the reasons for the extension request. The motion must also state whether there is opposition to the relief sought therein.

    4. The parties are to schedule a settlement conference with the assigned magistrate judge to be held no later than the Friday before the final pre-trial conference, or April 9, 2010.

    5. Proposed voir dire questions, a list of potential witnesses, a proposed jury verdict form, and proposed jury instructions (including a list of the numbers of requested instructions from the Fifth Circuit pattern instructions), also must be delivered to chambers and opposing counsel no later than Friday, April 16, 2010, at 5:00 p.m. With the exception of proposed jury instructions that are part of the Fifth Circuit pattern jury instructions, all of these documents are also to be transmitted (in Word Perfect or Word format) via email to the undersigned at eFile-Engelhardt@laed.uscourts.gov no later than no later than Friday, April 16, 2010, at 5:00 p.m. The parties are to attempt to agree on a joint proposed jury verdict form. Any objections to proposed

voir dire questions, jury instructions, and the jury verdict form are to be communicated to the Court and opposing counsel in writing no later than Wednesday, April 21, 2010, at 5:00 p.m. Proposed jury instructions <u>and</u> objections thereto <u>must</u> include citations to relevant legal authority.

    New Orleans, Louisiana, this <u>20</u>th day of <u>November</u> 2009.

                                            **KURT D. ENGELHARDT**
                                            **United States District Judge**