UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANDY H. HUYNH and TEXAS GULF SEAFOOD, INC. | * * * | CIVIL ACTION |
| Plaintiffs | * * | NUMBER 08-4064 |
| v. | * * | SECTION "N" |
| VIETNAMESE-AMERICAN COMMERCIAL FISSHERMEN'S UNION and CALVIN CUONG NGUYEN, | * * * | JUDGE ENGELHARDT |
| | * | MAG. 5 |
| Defendants | * * | MAG. CHASEZ |
| | * * | |

## ANSWER OF CLAIMANT UNITED STATES CUSTOMS AND BORDER PROTECTION

NOW COMES, Claimant, the United States Customs and Border Protection, and responds to the Counterclaim for Interpleader (the "Complaint") as follows:

I.

The allegations contained in Paragraph 1 of the Complaint are denied for lack of information sufficient to justify a belief therein.

II.

The allegations contained in Paragraph 2 of the Complaint are denied for lack of information sufficient to justify a belief therein.

III.

The allegations contained in Paragraph 3 of the Complaint are denied for lack of information sufficient to justify a belief therein.

IV.

The allegations contained in Paragraph 4 of the Complaint are denied for lack of information sufficient to justify a belief therein.

V.

The allegations contained in Paragraph 5 of the Complaint are denied for lack of information sufficient to justify a belief therein.

VI.

The allegations contained in Paragraph 6 of the Complaint are denied for lack of information sufficient to justify a belief therein.

VII.

The allegations contained in Paragraph 7 of the Complaint are denied for lack of information sufficient to justify a belief therein.

VIII.

The allegations contained in Paragraph 8 of the Complaint state legal conclusions to which no response is required.

IX.

The allegations contained in Paragraph 9 of the Complaint state legal conclusions to which no response is required.

X.

The allegations contained in Paragraph 10 of the Complaint are denied for lack of information sufficient to justify a belief therein.

XI.

The allegations contained in Paragraph 11 of the Complaint state legal conclusions to which no response is required.

WHEREFORE, Claimant, the United States Customs and Border Protection, pray that this Answer to the Plaintiff's Complaint be deemed good and sufficient and that after due proceedings be had, there be judgment herein in favor of Defendants and awarding Defendants such other and further relief as equity and justice may require and permit.

New Orleans, Louisiana, this 7th day of January, 2010.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
MATTHEW J. FANTACI (La. 28036)
Assistant United States Attorney
500 Poydras Street, Room 210B
New Orleans, LA 70130
Telephone:    (504) 680-3071
Fax:          (504) 680-3184
matthew.j.fantaci@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by ECF, facsimile, or mailing the same by first class United States mail, postage prepaid, on this 7th day of January, 2009.

_____
Matthew J. Fantaci