UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANDY H. HUYNH, ET AL | * | CASE NO. 08-4064 |
| v. | * | SECTION N(5) |
| VIETNAMESE-AMERICAN COMMERCIAL FISHERMEN'S UNION, ET AL | * | JUDGE ENGELHARDT |
| | * | MAG. CHASEZ |

ORDER

Considering defendant in interpleader, the United States Customs and Border Protection Service's (United States), *ex parte* Rule 56(f) motion to continue the hearing date on Plaintiffs' motion for summary judgment:

**IT IS HEREBY ORDERED** that the United States' motion is **GRANTED**. The hearing date on Plaintiff's pending motion for summary judgment [Rec. Doc. 81] is hereby continued without date to be reset upon *ex parte*/consent motion of any party at a date no sooner than 30 days after a certification from Plaintiffs that full responses to the United States' outstanding discovery have been provided.

New Orleans, LA, this ____ day of February, 2010.

_____
Hon. Kurt D. Engelhardt
Eastern District of Louisiana